Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEANA GOODSON, <br> Plaintiff, <br> vs. <br> T-MOBILE USA, INC. <br> Defendant. | Case No. 2:13-cv-06233-MWF-CW <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 8th day of August, 2014.

By:  s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 8th day of August, 2014, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 8th day of August, 2014, via the ECF system to:

Honorable Michael W. Fitzgerald
Judge of the United States District Court
Central District of California

Kristine McAlister Brown
ALSTON & BIRD
1201 W. Peachtree St.
Atlanta GA 30309


By: s/Todd M. Friedman
     Todd M. Friedman

Notice of Dismissal - 2